**Order filed June 13, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00093-CV

_____

**REBECCA ANN BURGIN, Appellant**

**V.**

**JAMES  BRENT BURGIN, Appellee**

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-152401**

---

## O R D E R

Appellant's brief was due May 23, 2013.  No brief or motion for extension of time has been filed.

Unless appellant submits her brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **July 15, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM